# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANIEL SANTOS-ORTIZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CRITERION SUPPLY, INC., and DOES 1 to 50,<br><br>　　　　　　Defendant. | CASE NO. 2:10-cv-07532-GHK-JCG<br><br>**ORDER RE: STIPULATION FOR ENTRY OF PROTECTIVE ORDER**<br><br>TRIAL DATE:　　None Set |

GOOD CAUSE APPEARING THEREFORE IT IS ORDERED:

The Stipulation for Entry of Protective Order submitted by both parties is **granted.**

　　**IT IS SO ORDERED.**

**DATED:** December 16, 2010

　　　　　　　　　　　　　　By: _/s/ signature_
　　　　　　　　　　　　　　　　United States District Court Judge